# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2274
Lower Tribunal No. 2022CC016723

_____

KATHERINE DURAN,

Appellant,

v.

DELBERT BROWN,

Appellee.

_____

Appeal from the County Court for Orange County.
Elizabeth Gibson, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Patrick J. Thompson, Lake Mary, for Appellant.

Marlene Watson, of Marlene A. Watson, P.A., Kissimmee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED